UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:21-cv-80388-KAM

LISSA PHILLIPE,

Plaintiff,

v.

ZIMMER US, INC., a foreign for-profit
Corporation d/b/a ZIMMER BIOMET,

Defendant.

_____/

## **JUDGMENT**

Based on the previously entered summary judgment order, Judgment is hereby entered on

behalf of Defendant and against Plaintiff, and Plaintiff shall take nothing from Defendant in this

action

The Clerk shall close this case and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County,

Florida, this 28th day of July, 2022.

KENNETH A. MARRA
United States District Judge