UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:21-cv-80388-KAM

LISSA PHILLIPE,

Plaintiff,

v.

ZIMMER US, INC., a foreign for-profit
Corporation d/b/a ZIMMER BIOMET,

Defendant.
_____/

## ORDER AFFIRMING REPORT AND RECOMMENDATION

This cause is before the Court upon Defendant's Motion for Bill of Costs (DE 37).

This matter was referred to the Honorable William Matthewman, United States Magistrate Judge, Southern District of Florida. A Report and Recommendation, dated September 15, 2022, has been filed. (DE 39.) The Report recommends that the Motion be granted in part and denied in part. The Court has conducted an independent *de novo* review of the file and no objections have been filed.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1) The Report and Recommendation (DE 39) is **AFFIRMED AND ADOPTED**.

2) Defendant's Motion for Bill of Costs (DE 37) is **GRANTED IN PART AND DENIED IN PART.** Defendant shall be awarded costs in the amount of $2,085.60.

2

3)      The Court will separately enter Judgment for Defendant.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 30th day of September, 2022.

KENNETH A. MARRA
United States District Judge